Argued February 1, reversed and remanded March 1, 1978

ROGER ALLEN, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 06-77-207, CA 9117)

575 P2d 993

Timothy Spofford, Prisoners' Legal Services of Oregon, Salem, argued the cause and filed the brief for petitioner.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson, and Joseph, Judges.

PER CURIAM.

## PER CURIAM.

In this disciplinary proceeding the respondent failed to comply with OAR 291-40-115(5).[1]

Reversed and remanded.

---

[1] OAR 291-40-115(5) provides:

"* * * * *

"(a) An inmate has a right to submit questions to be posed by the disciplinary committee or its designee to any person.

"* * * * *

"(A) All relevant questions shall be posed.

"(B) The disciplinary committee may, in its discretion, allow the inmate access to the answers provided.